469 A.2d 293

Richards, Appellants v. Rhoads.

Argued October 19, 1983. John S. Halsted, for appellants; John Brian Frock, for appellees.

Before McEWEN, BECK and MONTEMURO, JJ.

Order affirmed.